IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., Plaintiff, | ) | No. 04-1452C |
| v. | ) | (Judge Futey) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time within which to respond to plaintiff's complaint. The Government's response is currently due on November 15, 2004. The extension would bring the date for responding to the complaint to January 14, 2005. This is defendant's first request for an enlargement of time for this purpose. The undersigned counsel spoke with plaintiff's counsel on November 5, 2004, and plaintiff's counsel indicated that plaintiff is not opposed to this extension.

The requested enlargement of time is necessary because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, as required by 28 U.S.C. § 520. The 60-day enlargement is necessary to allow sufficient time for the agency to prepare the litigation report, and for the undersigned counsel to review the litigation report and prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 60 days, to and including January 14, 2005, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

November , 2004