# In The United States Court of Federal Claims

| | | |
|---|---|---|
| **GOLDEN MANUFACTURING CO., INC.**<br>**125 Hwy 366, P.O. Box 390**<br>**Golden, MS 38847**<br>**Plaintiff** | ) | |
| **v.** | ) | **Case No.** |
| **THE UNITED STATES**<br>**Defendant** | ) | **04-1452C** |

## AMENDED COMPLAINT

### I. Parties

1. Plaintiff is Golden Manufacturing Co., Inc. ("Golden"), a Mississippi corporation with its principal place of business at 125 Highway 366, Golden Mississippi, 38847.

2. Defendant is the United States of America, acting through the Defense Logistics Agency ("DLA").

### II. Jurisdiction

3. Jurisdiction is founded upon 28 U.S.C. § 1491(a)(1), and the Contract Disputes Act, 41 U.S.C.§ 601 et seq ("the CDA").

### III. Background

4. On or about September 30, 1999, Golden was awarded Contract SP0100-99-D-0344 ("the Contract") by the Defense Supply Center Philadelphia ("DSCP"), a field activity of DLA.

5. The Contract called for Golden to produce and deliver an indefinite quantity of combat coats, Type I and Type VI (minimum quantity per year for Type I:

50,219/maximum quantity per year: 450,000; minimum quantity per year for Type VI: 81,475/maximum quantity year: 540,000), for a base year plus four (4) option years.

6. The Contract included several clauses which require various adjustments from time to time, including Clause H007- "Size Change Reconciliation," which provides, in sum and substance, that there shall be a reconciliation for cloth used based on the size breakdown of the actual orders issued by DSCP versus the original size breakdown in the Contract (i.e., based on a Medium/Regular field coat); reconciliations are to be done by the Administration Officer ("ACO") not more than once every six months nor less than once a year.

7. Among the various orders DSCP issued to Golden was number 40, totaling 299,950 combat coats, the size breakdown of which varied from the original size breakdown.

8. On February 5, 2004 Golden submitted a reconciliation to the ACO covering Delivery Order 40; the requested adjustment was TWENTY-NINE THOUSAND EIGHT HUNDRED EIGHTY-FIVE DOLLARS ($29,885.00), for additional material. 9.

When the ACO failed to issue the necessary adjustment (or otherwise act on the reconciliation) within a reasonable time, Golden considered the adjustment request to be disputed by the Government and, on June 7, 2004, Golden re-submitted the reconciliation to the ACO as a claim pursuant to the CDA, requesting a Final Decision.

18. More than SIXTY (60) DAYS have passed since Golden submitted its claim and the ACO has neither issued a Final Decision nor provided a date certain when a Final Decision would be issued.

11. Golden therefore brings this action challenging the "deemed denial" of its claim.

12. Golden is entitled to the claimed contract adjustment, as submitted.

WHEREFORE, Golden requests judgment against Defendant on Count II in the amount of TWENTY-NINE THOUSAND EIGHT HUNDRED EIGHTY-FIVE DOLLARS ($29,885.00), plus interest from the date its claim was received by the ACO.

Respectfully submitted,

s/MARC LAMER_____________
MARC LAMER
Attorney for Plaintiff
Golden Manufacturing Co., Inc.

Of Counsel:

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: December 1, 2004