# In the United States Court of Federal Claims

**No. 04-1452C**

**(Filed March 8, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
**GOLDEN MANUFACTURING CO., INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For Enlargement Of Time filed March 1, 2005, is hereby GRANTED. The parties shall file a joint preliminary status report on Monday, March 21, 2005, advising the court of the status of this case.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**