# In the United States Court of Federal Claims

**No. 04-1452C**

**(Filed March 23, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *

**GOLDEN MANUFACTURING CO., INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Plaintiff's Unopposed Motion To Stay Proceedings filed on March 18, 2005, the proceedings are hereby STAYED. The parties shall file a Joint Status Report concerning proceedings in this case by Wednesday, April 20, 2005.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**